UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON SKRIFVARS,

        Plaintiff,

   v.

ISTREAM PLANET CO.,

        Defendant.

C16-1590 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    The parties' stipulated motion to continue trial date, docket no. 13, is GRANTED as set forth herein.

| **JURY TRIAL DATE** | **April 9, 2018** |
|---|---|
| Discovery motions filing deadline | November 9, 2017 |
| Discovery completion deadline | December 18, 2017 |
| Dispositive motions filing deadline | January 18, 2018 |
| Motions in limine filing deadline | March 8, 2018 |
| Agreed pretrial order due | March 23, 2018 |

MINUTE ORDER - 1

| Trial briefs, proposed voir dire questions, and jury instructions due | March 23, 2018 |
|---|---|
| Pretrial conference | March 30, 2018 at 2:00 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 12, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of July, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2