UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON SKRIFVARS,

    Plaintiff,

v.

ISTREAM PLANET CO.,

    Defendant.

C16-1590 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion to Continue the Trial Date and Related Deadlines, docket no. 17, is GRANTED. The Court resets the following deadlines:

| **JURY TRIAL DATE** | **September 4, 2018** |
|---|---|
| Discovery completion date | February 23, 2018 |
| Dispositive motions filing deadline | March 22, 2018 |
| Motions in limine filing deadline | August 2, 2018 |
| Agreed pretrial order due | August 17, 2018 |
| Trial briefs, proposed findings of fact and conclusions of law, and designations of deposition testimony due | August 17, 2018 |
| Pretrial conference scheduled for | August 24, 2018 at 1:30 p.m. |

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of December, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2